# Hinojosa Law

Professional Limited Liability Company

3904 Brandt Street
Houston, Texas 77006
Office: 713.884.1663 | Fax: 713.422.2493

**Richard A. Hinojosa** – Managing Director
**Justin D. Burrow** – Principal
**Daniela Fuentes-Sarkis** – Associate
**Jacob T. Casso** – Associate
**Juan E. Gonzalez** – Of Counsel

*South Texas Office*
3110 E. Business Hwy.
Weslaco, Texas 78596

July 24, 2026

**Via E-Filing:**
United States District Judge
Hon. George C. Hanks, Jr.
United States Courthouse
515 Rusk Avenue, Room 3202
Houston, Texas 77002

  Re:  Civil Action No.  4:24-CV-01578; Norma Janeth Nunez Rosales v. Fiesta Mart LLC.

Hon. George C. Hanks Jr.:

  This letter is to provide a status report to the Court regarding the scheduling of the depositions of two (2) fact witnesses in this matter. On March 3, 2026, the Court held a discovery dispute conference where the parties discussed and agreed to scheduling the depositions of two fact witnesses, Ms. Lorena Butler (current Fiesta Mart employee), and Ms. Margarita Alvarez (former Fiesta Mart employee and manager).

  On March 26, 2026, Ms. Lorena Butler was deposed.

  Despite multiple attempts to contact the second fact witness, Ms. Margarita Alvarez, through her daughter's cell phone number, our efforts have been unsuccessful.

  The parties have discussed attending mediation, however, cannot agree on a mediator.

  Plaintiff's Counsel, Ms. Fuentes, is on maternity leave and scheduled to return August 3, 2026.

  Should you have any questions, please contact our office. Thank you.

    Respectfully submitted,

    */s/ Daniela A. Fuentes*
    Daniela A. Fuentes

1