**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **NORMA JANETH NUNEZ ROSALES** | § | **CIVIL ACTION NO. 4:24-CV-01578** |
| **PLAINTIFF** | § | |
| | § | |
| **v.** | § | |
| | § | |
| | § | |
| **FIESTA MART, LLC** | § | |
| **DEFENDANT** | § | |

**DEFENDANT'S PRETRIAL DISCLOSURES**

Defendant, FIESTA MART, LLC, pursuant to Federal Rules of Civil Procedure 26(a)(3)

serves its Pre-Trial Disclosures:

**A.      Will Call Witnesses:**

Norma Janeth Nunez Rosales
Plaintiff

Fiesta Mart
Defendant
c/o Maryalyce W. Cox
MEHAFFYWEBER, PC
One Allen Center
500 Dallas, Suite 2800
Houston, Texas 77002
(713) 655-1200

Sean M. Barber, MD
c/o: Texas Medical Legal
Consultants, LLC
P.O. Box 782173
San Antonio, TX 78278
Tel. No. 210-417-4646
Neurosurgeon- expert

**B.      Will Call Witnesses:**

Margarita Alvarez
Manager on duty
Contact information
previously provided

Lorena Butler
Live or via deposition
Fiesta employee
C/O MARYALYCE COX
MEHAFFYWEBER, PC
One Allen Center
500 Dallas, Suite 2800
Houston, Texas 77002
(713) 655-1200

Jeney Moreno, CPC
Billing expert
c/o: Texas Medical Legal
Consultants, LLC
P.O. Box 782173
San Antonio, TX 78278
Tel. No. 210-417-4646

### C. Exhibits

### Medical records from:

City of Houston Fire Department
EMS

Lyndon B. Johnson Hospital

La Rx Pharmacy

Zippo Health Services

Psychiatry of Texas, PLLC %
Care Capital

Advance Diagnostics DBA
Chopra Imaging

Dynamic Anesthesia Providers %
Care Capital

AD Pharmacy

AD Hospital East

Sterling Pharmacy

Jeney Moreno, CPC

Incident Report                    FIESTA_0001
Photographs                     FIESTA_0002-4

Respectfully submitted,

**MEHAFFYWEBER, P.C.**

By:    */s/ Maryalyce W. Cox*
        **MARYALYCE W. COX**
        State Bar No. 24009203
        500 Dallas, Suite 2800
        Houston, Texas 77002
        Telephone: (713) 655-1200
        Facsimile: (713) 655-0222
        Email: maryalycecox@mehaffyweber.com

        **ATTORNEY FOR DEFENDANT**
        **FIESTA MART, LLC.**

### CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing instrument has been forward to all counsel of record by facsimile and/or electronic filing pursuant to Fed. R. Civ. Proc., Rule 5 on 7th day of August, 2026.

        */s/ Maryalyce W. Cox*
        **MARYALYCE W. COX**

3